```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 13487
    KIMBERLY S MCCALL
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

           Debtor
     SSN XXX-XX-0887

------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/20/2006 and was confirmed 01/31/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/21/2007.
------------------------------------------------------------------------------
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AMC MORTGAGE SERVICES | MORTGAGE ARRE | .00 | .00 | .00 |
| AMC MORTGAGE | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMC MORTGAGE SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERIQUEST MORTGAGE | NOTICE ONLY | NOT FILED | .00 | .00 |
| CENTRIX FINANCIAL | SECURED NOT I | .00 | .00 | .00 |
| CENTRIX FINANCIAL | UNSECURED | 20779.06 | .00 | .00 |
| GREAT AMERICAN FINANCE | SECURED | 2400.00 | 123.64 | 739.10 |
| GREAT AMERICAN FINANCE | UNSECURED | 1259.19 | .00 | .00 |
| GREAT AMERICAN FINANCE | NOTICE ONLY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF PUBLIC | PRIORITY | NOT FILED | .00 | .00 |
| ILL DEPT HEALTH & FAM SE | NOTICE ONLY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT PUBLIC AID | NOTICE ONLY | NOT FILED | .00 | .00 |
| ADVOCATE TRINITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| AFFIRMATIVE INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN LOANS | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NOT FILED | .00 | .00 |
| BMG MUSIC SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| BLACK EXPRESSIONS | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CNAC IL 115 | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | FILED LATE | .00 | .00 | .00 |
| CREDIT ACCEPTANCE CORP | SECURED NOT I | 10328.76 | .00 | .00 |
| ENCORE RECEIVABLES | UNSECURED | NOT FILED | .00 | .00 |
| EVERGREEN MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 402.81 | .00 | .00 |
| GLOBAL PAYMENTS | UNSECURED | NOT FILED | .00 | .00 |
| GLOBAL PAYMENTS | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| HSBC BANK NV FKA HHIB | UNSECURED | NOT FILED | .00 | .00 |

                     PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 06 B 13487 KIMBERLY S MCCALL

```
EMERGE MASTERCARD          UNSECURED         605.96             .00             .00
CREDIT PAC                 UNSECURED      NOT FILED             .00             .00
MONROE & MAIN              UNSECURED      NOT FILED             .00             .00
MONROE & MAIN              UNSECURED         462.40             .00             .00
NDC CHECK SERVICES         UNSECURED      NOT FILED             .00             .00
NICOR GAS                  UNSECURED      NOT FILED             .00             .00
ONE IRON VENTURE           UNSECURED      NOT FILED             .00             .00
PARENTS MAGAZINE BILLING   UNSECURED      NOT FILED             .00             .00
PEOPLES GAS & LIGHT        UNSECURED          75.57             .00             .00
PEOPLES GAS & LIGHT        UNSECURED      NOT FILED             .00             .00
REDBOOK                    UNSECURED      NOT FILED             .00             .00
AT & T BANKRUPCTY          UNSECURED      NOT FILED             .00             .00
SCHOLASTIC                 UNSECURED      NOT FILED             .00             .00
SILKIES                    UNSECURED      NOT FILED             .00             .00
SKO BRENNER AMERICAN INC   UNSECURED      NOT FILED             .00             .00
SOAP OPERA DIGEST          UNSECURED      NOT FILED             .00             .00
SPRINT-NEXTEL CORP         UNSECURED         399.73             .00             .00
SPRINT                     NOTICE ONLY   NOT FILED             .00             .00
TALK AMERICA               UNSECURED      NOT FILED             .00             .00
TCF NATIONAL BANK          UNSECURED      NOT FILED             .00             .00
THIRTY NORTH ENDONTICS     UNSECURED      NOT FILED             .00             .00
TRICENTURY BANK            UNSECURED         228.27             .00             .00
UNIVERSITY OF IL HOSPITA   UNSECURED      NOT FILED             .00             .00
US CELLULAR CHICAGO        UNSECURED      NOT FILED             .00             .00
VILLAGE OF DOLTON          UNSECURED      NOT FILED             .00             .00
WINDY CITY EMERG PHY       UNSECURED      NOT FILED             .00             .00
WOW INTERNET & CABLE SER   UNSECURED      NOT FILED             .00             .00
ZALUTSKY & PINSKI LTD      REIMBURSEMENT     44.00              .00           44.00
MONROE & MAIN              NOTICE ONLY   NOT FILED             .00             .00
CREDIT ACCEPTANCE CORP     FILED LATE         .00              .00             .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY    3,000.00                          2,392.26
TOM VAUGHN                 TRUSTEE                                            222.24
DEBTOR REFUND              REFUND                                                .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            3,521.24

PRIORITY                                          44.00
SECURED                                          739.10
    INTEREST                                     123.64
UNSECURED                                           .00
ADMINISTRATIVE                                 2,392.26
TRUSTEE COMPENSATION                             222.24
DEBTOR REFUND                                       .00
                   ---------------         ---------------
TOTALS              3,521.24                   3,521.24

             PAGE  2 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 13487 KIMBERLY S MCCALL
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/27/08                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```